1

2

3

4

5

6                          UNITED STATES DISTRICT COURT

7                         CENTRAL DISTRICT OF CALIFORNIA

8

9

10   CHRISTOPHER MICHAEL            )   No. EDCV 07-926 VBF (FFM)
     MANELSKI,                      )
11                    Petitioner,   )
                                    )
12        v.                        )   JUDGMENT
                                    )
13   SUPERIOR COURT OF SAN          )
     BERNARDINO, THE HONORABLE      )
14   STANFORD E. REICHERT, et al.,  )
                                    )
15                    Respondents.  )
     _____)

16        Pursuant to the Order Adopting Findings, Conclusions and Recommendations of

17   United States Magistrate Judge,

18        IT IS ADJUDGED that the Petition is dismissed with prejudice.

19

20   DATED: 10/31/11

21

22

23                                                    for
                              _____
24                            VALERIE BAKER FAIRBANK
                              United States District Judge
25

26

27

28